Statement of Facts

On July 14, 2025, at approximately 10:10 am, Metropolitan Police Department (MPD) Crime Suppression Team (CST) officers, observed an individual, later identified as David SMITH walking behind a bus stop. SMITH was wearing a white t-shirt, dark pants, a black skull cap, and a black purse style bag across his torso that appeared to be swinging as if weighted by an object. Officers were operating an unmarked Police vehicle while wearing full MPD uniform with "Police" identifiers clearly visible from the front and back. Officers circled back around to the bus stop to investigate. SMITH immediately ran upon noticing the officers' presence. Officer Byron Alarcon ("Officer Alarcon") exited the vehicle to pursue SMITH, who ran around the back of the Autozone store in the area.



**Figure 1: Still shot from Officer Anthony Delborrell's body worn camera depicting SMITH standing at the bus stop (circled in red) with the black bag across his chest at 10:10:11.**

During the pursuit, Officer Andy Shaheen ("Officer Shaheen"), who was inside the Autozone, responded to the call over the radio. Officer Shaheen's BWC captured the moment before SMITH tossed the bag in the grass area behind the Autozone. *See* Figure 2. W1, who was standing just feet away from SMITH, observed SMITH throw the bag. After tossing the bag, SMITH jumped over the fence of the Autozone property.



*Figure 2: Still from Officer Shaheen's BWC depicting SMITH (circled in red) with the black bag under his right arm at 10:10:32.*

Officer Alarcon proceeded to feel the discarded bag from the outside and felt the shape of a pistol in the bag. Officer Alarcon opened the bag and discovered a firearm. *See* Figure 3. Officer Anthony Delborrell ("Officer Delborrell"), who discovered SMITH on the porch of a nearby residence, placed SMITH under arrest. After securing the firearm, Officer Alarcon followed SMITH's flightpath and found his discarded black skull cap. Officer Alarcon then arrived at the arrest location and observed that SMITH was the same individual that he was chasing. *See* Figure 4.

[continued to next page]



*Figure 3: Photo taken by Officer Alarcon of the firearm (circled in red) in SMITH's discarded bag.*



*Figure 4: Still shot from Officer Alarcon's BWC of SMITH (circled in red) post-arrest at 10:26:08.*

3

The firearm was later determined to be a black Glock 27 .40 caliber bearing serial number BPT297US. The firearm contained 14 rounds of .40 caliber ammunition in the 15 round capacity magazine, and one round of .40 caliber ammunition in the chamber. *See* Figure 5.



*Figure 5: Photo of firearm recovered from SMITH's bag with magazine.*

SMITH's identity was confirmed, and it was confirmed that SMITH did not have a license to carry a firearm in the District of Columbia. A criminal history check showed that SMITH was previously convicted in 2008 in Prince George's County, Maryland case CT081794B of: Second Degree Murder, Assault 1st Degree, and Use of a Handgun during a Crime of Violence. SMITH was sentenced to 30 years incarceration on the murder conviction.

Accordingly, SMITH would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

5

As such, your affiant submits that probable cause exists to charge David SMITH with violation of 18 U.S.C. § 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

_____
Officer Bryon Alarcon
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 17, 2025.

_____
Hon. Matthew J. Sharbaugh
United States Magistrate Judge